PAUL V. SIMPSON, BAR NO. 83878
psimpson@sgijlaw.com
ROBERT J. WENBOURNE, BAR NO. 132582
rwenbourne@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant ZOLMAN CONSTRUCTION
AND DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., a California Corporation <br><br> Defendants. | Case No. CV-09-0703 SI <br><br> **STIPULATION AND ORDER TO VACATE DEFAULT AGAINST DEFENDANT ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC.** <br><br> Complaint Filed: February 18, 2009 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the default entered April 24, 2009, in the above-captioned case be vacated and that Defendant Zolman Construction and Development, Inc. be granted 60 days from the date of filing this action, or until May 11, 2009 to file a responsive pleading.

The parties stipulate that the following factors warrant this relief:

{CLIENT FILES\30621\8\00108560.DOC}                                                                                                   - 1 -
STIPULATION AND ORDER TO VACATE DEFAULT AGAINST DEFENDANT ZOLMAN CONSTRUCTION AND DEVELOPMENT INC.
CASE NO. CV-09-0703 SI

Plaintiff filed this action February 18, 2009;

Plaintiff served the Complaint on or about March 11, 2009;

Defendant failed to file a responsive pleading within the time permitted by law;

The Court entered default in the matter on April 24, 2009;

Plaintiff consulted with and retained counsel for this action on or about April 27, 2009; and

Counsel for the Parties discussed the issues on April 28, 2009, and Plaintiff's counsel agreed to vacating the default and permitting Defendant an extension of time in which to respond to the Complaint.

THEREFORE, THE PARTIES IN THE ABOVE-ENTITLED ACTION HEREBY STIPULATE AND AGREE:

1. That the Default entered April 24, 2009 be vacated; and

2. That Defendant be granted until May 11, 2009 in which to file a responsive pleading to the Complaint.

Date: May 4, 2009

WEINBERG, ROGER & ROSENFIELD

By: /s/
Concepción E. Lozano-Batista
Attorneys for Plaintiffs

Date: May 4, 2009

Respectfully submitted,

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: /s/ Robert Wenbourne
PAUL V. SIMPSON
ROBERT J. WENBOURNE
Attorneys for Defendant
ZOLMAN CONSTRUCTION AND
DEVELOPMENT, INC.

{CLIENT FILES\30621\8\00108560.DOC}  -2-
STIPULATION AND ORDER TO VACATE DEFAULT AGAINST DEFENDANT ZOLMAN CONSTRUCTION AND DEVELOPMENT INC.
CASE NO. CV-09-0703 SI

# ORDER

Based on the stipulation of counsel, and good cause having been shown, the Court here by makes the following orders in this action:

1. That the Default entered April 24, 2009 be and hereby is VACATED; and

2. That Defendant be and hereby is GRANTED until May 11, 2009 in which to file a responsive pleading to the Complaint.

IT IS SO ORDERED.

Date:_____, 2009

_____
HON.
JUDGE, UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA