BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile  (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., a California Corporation,<br><br>Defendant. | No.   CV-09-0703 SI<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:   THE CLERK OF THE COURT AND DEFENDANT ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., and its counsel of record:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for May 29, 2009 be continued for sixty days.

Plaintiffs served Defendant with the complaint on March 11, 2009, for which proofs of service were filed before this Court with the Summons evidencing such service on March 24, 2009. Defendant filed an Answer to the Complaint on May 8, 2009, pursuant to a Stipulation to Set Aside

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

EX PARTE APPLICATION FOR CONTINUANCE OF CMC; (PROPOSED) ORDER   Case No. CV-09-0703 SI

the Entry of Default. The parties are in the process of settling this matter and anticipate that they will come to some resolution of this case in the coming thirty (30) days. Accordingly, the parties wish to continue the Case Management Conference currently scheduled to avoid unnecessary expenses and to promote the efficient use of judicial resources.

The above stated facts are set forth in the accompanying declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: May 19, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____/s/_____
CONCEPCIÓN E. LOZANO-BATISTA

118808/531467

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference for sixty days. In addition, the Court Orders:

DATED: _____

_____
HONORABLE SUSAN ILLSTON
**JUDGE OF THE DISTRICT COURT**

The case maangement conference has been continued to Friday, August 7, 2009, at 2:30 p.m.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -
EX PARTE APPLICATION FOR CONTINUANCE OF CMC; (PROPOSED) ORDER   Case No. CV-09-0703 SI