1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., a California Corporation,<br><br>Defendant. | No.   CV-09-0703 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE** |

///
///
///
///
///
///
///
///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE, Case No. CV-09-0703 SI

1     The undersigned parties, having reached a settlement in the above- referenced case, hereby
2 stipulate and request that the Court so order that the above-entitled matter be dismissed in its
3 entirety with prejudice.

4

5 Dated: June 18, 2009.

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

*/s/ Lozano*

    CONCEPCION E. LOZANO-BATISTA
    Attorney for Plaintiffs

Dated: June 18, 2009

    SIMPSON, GARRITY, INNES, & JACUZZI

*/s/ Paul Simpson*

    PAUL SIMPSON
    Attorney for Defendant

118808/534711

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE, Case No. CV-09-0703 SI